AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gottschall, Joan B. | U.S. District Court, NDIL | 05/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge--Senior Status | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

Room 2356
219 South Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Visiting Committee to the Divinity School, University of Chicago |
| 2. | Board Member | Justice for Pro Se's (not-for-profit) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vanguard Wellington Fund Symbol VWELX (Symbol Change) | C | Dividend | L | T | Sold (part) | 12/04/18 | J | | |
| 2. Vanguard Wellington Fund Symbol VWENX | B | Dividend | L | T | Sold (part) | 12/20/18 | J | | |
| 3. Vanguard Wellesley Fund Symbol VWINX | C | Dividend | L | T | Sold (part) | 12/04/18 | J | | |
| 4. Vanguard Wellesley Fund Symbol VWIAX (See Part VI, No. 1) | B | Dividend | L | T | Sold (part) | 12/20/18 | J | | |
| 5. Vanguard 500 Index Fund Symbol VFIAX | A | Dividend | K | T | | | | | |
| 6. Vanguard 500 Index Fund Symbol VFIAX (Symbol Change) | C | Dividend | M | T | Sold (part) | 12/20/18 | J | | |
| 7. Vanguard Prime Money Mkt Fund Symbol VMMXX (Symbol/Name Chg) | A | Dividend | K | T | Sold (part) | 12/20/18 | J | | |
| 8. Vanguard Prime Portfolio Symbol VMRXX (Fund merged w/Line 7.) (Y) | | | | | | | | | |
| 9. Fed Empl Credit Union Accts | A | Interest | K | T | | | | | |
| 10. IBM C: 459200101 | B | Dividend | K | T | | | | | |
| 11. Intel C: 458140100 | A | Dividend | K | T | | | | | |
| 12. Waste Management C: 94106L109 | A | Dividend | J | T | | | | | |
| 13. CVS Caremark C: 126650100 | A | Dividend | J | T | | | | | |
| 14. Vanguard Capital Opportunity Fund Symbol VHCOX | A | Dividend | K | T | Sold (part) | 12/20/18 | J | | |
| 15. Dodge & Cox Fds Intl Stk Fd Symbol DODFX C: 256206103 | A | Dividend | J | T | | | | | |
| 16. American Fund Capital Income Bldr Symbol CAIFX C: 140194101 | C | Int./Div. | M | T | | | | | |
| 17. American Income Fund Symbol AMEFX C: 453320822 | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Balanced Fund Symbol AMBFX C: 024071821 | D | Int./Div. | N | T | Buy (add'l) | 10/29/18 | L | | |
| 19. American Mut Fund Symbol AMRFX C: 027681824 | B | Int./Div. | L | T | | | | | |
| 20. Capital World Growth Inc. Fund Symbol WGIFX C: 140542828 | C | Int./Div. | M | T | | | | | |
| 21. Wintrust Financial Corp. Accounts (*See Part VI, No. 1) | B | Interest | M | T | | | | | |
| 22. Eanes TX Indpt Sch Dist C: 270083-ZR-2 | B | Interest | L | T | | | | | |
| 23. Edinburg TX Cons C: 280785-QF-6 | A | Interest | | | Sold | 02/15/18 | J | | |
| 24. Fishers IN Redev Auth C: 33803T-JR-8 | A | Interest | L | T | | | | | |
| 25. Henrico Cnty VA Wtr & Swr C: 426170-JW-7 | B | Interest | L | T | | | | | |
| 26. Nextera Energy C: 65339K-10-0 | B | Interest | K | T | | | | | |
| 27. South Dakota Conservancy C: 837545-HN-5 (Y) | | | | | | | | | |
| 28. South Dakota Conservancy C: 837545-MG-4 (X) | B | Interest | L | T | | | | | |
| 29. South Dakota Conservancy C: 837545-MC-3 (X) | A | Interest | J | T | | | | | |
| 30. Alaska Mun Bd Bk C: 01179R-QM-8 | A | Interest | | | Sold | 06/01/18 | J | | |
| 31. Baldwin Cnty AL Wts C: 057845-MS-5 | A | Interest | | | Sold | 05/01/18 | J | | |
| 32. California St Dpt Wtr C: 13066Y-TJ-8 | A | Interest | | | Sold | 05/01/18 | J | | |
| 33. California St Dpt Wtr C: 13066Y-TE-9 | A | Interest | | | Sold | 05/01/18 | J | | |
| 34. California St Dpt Wtr C: 13066Y-SY-6 | A | Interest | | | Sold | 05/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. California St Prfd Var C: 13063C-7H-7 | A | Interest | | | Sold | 03/01/18 | J | | |
| 36. California St Dpt Wtr C: 13066E-WA-7 | A | Interest | | | Sold | 06/01/18 | J | | |
| 37. Central Wash Univ Sys C: 155839-CU-5 | A | Interest | | | Sold | 05/01/18 | J | | |
| 38. Charlotte Mecklenburg C: 160853-MP-9 | A | Interest | | | Sold | 01/16/18 | J | | |
| 39. Chesterfield Twp NJ Sch C: 166519-BR-8 | A | Interest | | | Sold | 02/01/18 | J | | |
| 40. Christian Cnty KY Hosp C: 170692-CJ-4 | A | Interest | | | Sold | 02/01/18 | J | | |
| 41. Cloverleaf OH Loc Sch Dist C: 18925P-AA-6 | A | Interest | J | T | | | | | |
| 42. Colorado St Brd Governrs Univ C: 196707-GG-2 | A | Interest | | | Sold | 03/01/18 | J | | |
| 43. Comal TX Indpt Sch Dist C: 199820-V8-1 | A | Interest | | | Sold | 02/01/18 | J | | |
| 44. Conn St Gen Rev Rvlvng C: 207737-FP-7 | A | Interest | J | T | | | | | |
| 45. Corpus Christi TX Util C: 220245-PS-7 | A | Interest | | | Sold | 07/16/18 | J | | |
| 46. Crown Point IN Mlti Sch C: 228485-GY-8 | A | Interest | | | Sold | 07/16/18 | J | | |
| 47. Downingtown PA Area School C: 261097-UK-3 | A | Interest | J | T | | | | | |
| 48. East Side Un High S/D CA C: 275282-CH-2 | A | Interest | J | T | | | | | |
| 49. El Paso County TX CTF C: 283497-YL-3 | A | Interest | | | Sold | 02/15/18 | J | | |
| 50. Georgia St Ser BG/O C: 373384-GX-8 | A | Interest | | | Sold | 07/02/18 | J | | |
| 51. Grove City PA C: 399540-DN-0 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hamilton Twp PA Mun Auth C: 408104-HR-1 | A | Interest | | | Sold | 09/04/18 | J | | |
| 53. Hawaii St Prerefunded C: 419792-GZ-3 | A | Interest | | | Sold | 05/01/18 | J | | |
| 54. Hawaii St Unrefunded C: 419792-HD-1 | A | Interest | | | Sold | 05/01/18 | J | | |
| 55. Houghton-Portage Twp C: 441587-FK-3 | A | Interest | | | Sold | 05/01/18 | J | | |
| 56. Idaho Hsg & Fin Assn C: 45129W-HH-6 | A | Interest | | | Sold | 07/16/18 | J | | |
| 57. Kansas City MO Spl Oblig C: 485106-CK-2 | A | Interest | | | Sold | 04/02/18 | J | | |
| 58. Lancaster PA C: 514328-FZ-1 | A | Interest | | | Sold | 04/16/18 | J | | |
| 59. Las Vegas Vly NV Wtr C: 517845-DR-1 | A | Interest | K | T | | | | | |
| 60. Los Angeles CA Dpt Arpts C: 544435-B2-5 | A | Interest | | | Sold | 05/15/18 | J | | |
| 61. Maryland St 1st Ser B C: 574192-8C-7 | A | Interest | J | T | | | | | |
| 62. Massachusetts Bay Transn C: 575577-NA-5 | A | Interest | | | Sold | 07/02/18 | J | | |
| 63. Massachusetts St College C: 575832-RZ-5 | A | Interest | J | T | | | | | |
| 64. Massachusetts St Dev Fin C: 57584X-YQ-8 | A | Interest | | | Sold | 11/15/18 | J | | |
| 65. Metropolitan Transn Auth NY C: 59259Y-B9-9 | A | Interest | | | Sold | 05/15/18 | J | | |
| 66. Miami-Dade Cnty FL Wtr C: 59334D-FM-1 | A | Interest | | | Sold | 10/01/18 | J | | |
| 67. Miamisburg OH City Sch Dist C: 593881-HS-7 | B | Interest | | | Sold | 12/03/18 | J | | |
| 68. Minnesota St Prerefunded C: 604129-6E-1 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mobile AL Pub Edl Bldg C: 607202-CJ-5 | A | Interest | | | Sold | 03/01/18 | J | | |
| 70. Montgomery TX Indpt C: 614121-SC-6 | A | Interest | | | Sold | 02/15/18 | J | | |
| 71. NC Tpk Auth Triangle Expwy C: 65830R-AJ-8 | A | Interest | J | T | | | | | |
| 72. New Haven CT C: 645020-XY-9 | A | Interest | | | Sold | 03/01/18 | J | | |
| 73. New Jersey Econ Dev C: 645918-SC-8 | A | Interest | | | Sold | 09/04/18 | J | | |
| 74. New York NY City Trnstnl C: 64971W-RK-8 | A | Interest | J | T | | | | | |
| 75. New York St Dorm Auth C: 649903-Q5-3 | A | Interest | | | Sold | 04/02/18 | J | | |
| 76. New York St Urban Dev C: 650035-5D-6 | A | Interest | | | Sold | 03/14/18 | J | | |
| 77. Ohio St Univ Gen Rcpts C: 677632-VP-3 | A | Interest | | | Sold | 12/03/18 | J | | |
| 78. Oregon Hlth Sciences C: 685869-CP-2 | A | Interest | J | T | | | | | |
| 79. Pennsylvania St 2nd Ser C: 70914P-KK-7 | A | Interest | J | T | | | | | |
| 80. Pennsylvania St Tpk C: 709224-SY-6 | A | Interest | J | T | | | | | |
| 81. Pennsylvania St Tpk Comm C: 709221-QX-6 | A | Interest | | | Sold | 12/03/18 | J | | |
| 82. Pennsylvania St Tpk Comm C: 709223-WS-6 | A | Interest | J | T | | | | | |
| 83. Pennsylvania St Tpk Comm C: 709224-VV-8 | A | Interest | J | T | | | | | |
| 84. RI St Health & Edl Blg C: 762243-E6-6 | A | Interest | | | Sold | 05/15/18 | K | | |
| 85. Sacramento Cnty CA Arpt C: 786107-JH-6 | A | Interest | | | Sold | 07/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Santa Fe MN Gross Rcpts C: 802072-MB-1 | A | Interest | | | Sold | 06/01/18 | J | | |
| 87. Sienna Plantn Mud No. 3 C: 82620T-LR-3 | A | Interest | | | Sold | 03/01/18 | J | | |
| 88. Texas ST Prerefunded C: 882723-LF-4 | A | Interest | | | Sold | 04/02/18 | J | | |
| 89. Texas St Unref Bal C: 882723-LM-9 | A | Interest | | | Sold | 04/02/18 | J | | |
| 90. Texas St Unrefunded Bal C: 882723-LY-3 | A | Interest | | | Sold | 04/02/18 | J | | |
| 91. Titus County TX Pass C: 888514-FK-7 | A | Interest | | | Sold | 03/01/18 | J | | |
| 92. Triborough Brdg & Tunl C: 89602N-MN-1 | A | Interest | | | Sold | 05/15/18 | J | | |
| 93. Tyler TX Indpt Sch Dist C: 902273-SQ-5 | A | Interest | | | Sold | 02/15/18 | J | | |
| 94. University Houston TX C: 914301-7Y-6 | A | Interest | | | Sold | 02/15/18 | J | | |
| 95. University NE Univ Revs C: 914641-G8-2 | A | Interest | | | Sold | 05/15/18 | J | | |
| 96. Van Dyke MI Pub Schs C: 921067-GQ-1 | A | Interest | | | Sold | 05/01/18 | J | | |
| 97. Wapakoneta OH City Sch C: 933747-CZ-8 | A | Interest | | | Sold | 06/01/18 | J | | |
| 98. Washington St Univ Revs C: 940093-X4-4 | A | Interest | J | T | | | | | |
| 99. Wayland MI Un Sch Dist C: 944233-JV-8 | A | Interest | | | Sold | 05/01/18 | J | | |
| 100. Wisconsin St Hlth & Edl Fac C: 97710B-BA-9 | A | Interest | | | Sold | 04/24/18 | J | | |
| 101. Boston MA Ser A G/O C: 100853-FV-7 | A | Interest | K | T | Buy | 02/05/18 | K | | |
| 102. Durango CO Sales & Use Tax C: 266463-ED-6 | A | Interest | K | T | Buy | 02/05/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Clearwater FL W&S Rev Ser C: 185328-HH-7 | A | Interest | J | T | Buy | 02/09/18 | J | | |
| 104. TRI Cnty Met Transn Dist C: 89546R-HP-2 | A | Interest | J | T | Buy | 02/09/18 | J | | |
| 105. Coppell TX Indpt Sch C: 217489-5P-4 | A | Interest | J | T | Buy | 02/12/18 | J | | |
| 106. North TX Mun Wtr Dist C: 66283A-CL-8 | A | Interest | J | T | Buy | 05/11/18 | J | | |
| 107. Fairfax Cnty VA Swr Rev C: 303867-GF-6 | A | Interest | J | T | Buy | 05/14/18 | J | | |
| 108. Salt River PJ AZ Agric C: 79575D-B7-4 | A | Interest | J | T | Buy | 05/14/18 | J | | |
| 109. Mobile AL Pub Edl Bldg C: 607202-DC-9 | A | Interest | J | T | Buy | 05/15/18 | J | | |
| 110. Greenbrier Cnty WV Brd Ed Pub Sch C: 393658-CY-3 | A | Interest | J | T | Buy | 05/15/18 | J | | |
| 111. Oregon St Dpt Admin Svcs C: 68608V-BN-3 | A | Interest | J | T | Buy | 05/15/18 | J | | |
| 112. Hawaii St Dept Hawaiian Home C: 41980P-BG-6 | A | Interest | J | T | Buy | 05/16/18 | J | | |
| 113. Houston TX Util Sys Rev C: 44244C-HV-2 | A | Interest | J | T | Buy | 05/16/18 | J | | |
| 114. New Jersy HC Facs Fing C: 64580A-AT-8 | A | Interest | J | T | Buy | 05/18/18 | J | | |
| 115. Houston TX Prerefunded C: 442331-M2-7 | A | Interest | K | T | Buy | 05/22/18 | K | | |
| 116. Lower Co Riv Auth TX Rev C: 54811A-EK-5 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 117. Pennsylvania St TPK Commn C: 709224-VV-8 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 118. Pennsylvania St TPK Commn C: 709224-VU-0 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 119. Pennsylvania St Commn TPK C: 709224-TM-1 | A | Interest | J | T | Buy | 05/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. New York St Dorm Auth C: 64990H-M3-1 | A | Interest | J | T | Buy | 05/29/18 | J | | |
| 121. Anderson SC W&S Sys C: 034074-CD-2 | A | Interest | J | T | Buy | 06/04/18 | J | | |
| 122. North Carolina St Grant C: 658268-BY-2 | A | Interest | J | T | Buy | 06/04/18 | J | | |
| 123. Pennsylvania St TPK Commn C: 709224-QM-4 | A | Interest | J | T | Buy | 06/04/18 | J | | |
| 124. Orange Cnty FL Sch Brd C: 684517-NS-0 | A | Interest | J | T | Buy | 06/04/18 | J | | |
| 125. San Jacinto TX Cmnty C: 798025-HE-5 | A | Interest | J | T | Buy | 06/04/18 | J | | |
| 126. Missouri St Hlth & EFA C: 60635H-W8-8 | A | Interest | J | T | Buy | 06/05/18 | J | | |
| 127. State Pub Sch Bldg Auth C: 857322-6B-2 | A | Interest | J | T | Buy | 06/05/18 | J | | |
| 128. Citizens Gas Util Dist C: 174702-FA-3 | A | Interest | J | T | Buy | 06/07/18 | J | | |
| 129. Bettendorf IA Ser A G/O C: 087671-F4-0 | A | Interest | J | T | Buy | 06/08/18 | J | | |
| 130. Pennsylvania St TPK C: 709223-ZM-6 | A | Interest | J | T | Buy | 06/12/18 | J | | |
| 131. Houston TX Util Sys Rev C: 44244C-HV-2 | A | Interest | J | T | Buy (add'l) | 06/13/18 | J | | |
| 132. South Carolina St Pub Svc Auth C: 837151-NR-6 | A | Interest | J | T | Buy | 06/13/18 | J | | |
| 133. Lower CO Riv TX C: 54811A-MF-7 | A | Interest | J | T | Buy | 06/14/18 | J | | |
| 134. Kingsport TN Ser B C: 496443-DK-5 | A | Interest | J | T | Buy | 06/15/18 | J | | |
| 135. New York St Urban Dev C: 650035-5M-6 | A | Interest | J | T | Buy | 06/15/18 | J | | |
| 136. New York St Dorm Auth C: 649905-UM-6 | A | Interest | J | T | Buy | 06/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Saint Charles Cnty MO C: 787642-W2-9 | A | Interest | J | T | Buy | 06/27/18 | J | | |
| 138. Harrisburg Sch Dist C: 414834-NR-8 | A | Interest | K | T | Buy | 11/02/18 | K | | |
| 139. Univ Pittsburgh of the Cmwth C: 91335V-HR-0 | A | Interest | K | T | Buy | 11/02/18 | K | | |
| 140. Southwest High Ed Auth Inc TX C: 845040-HF-4 | A | Interest | K | T | Buy | 11/05/18 | K | | |
| 141. Pennsylvania St TPK C: 709223-ZY-0 | A | Interest | K | T | Buy | 11/08/18 | K | | |
| 142. Miami Dade Cnty FL Aviation C: 59333P-VY-1 | A | Interest | J | T | Buy | 11/14/18 | J | | |
| 143. Opelika AL Utils Brd C: 683548-AP-6 | A | Interest | J | T | Buy | 11/15/18 | J | | |
| 144. Pennsylvania St TPK C: 709221-RZ-0 | A | Interest | J | T | Buy | 11/26/18 | J | | |
| 145. Oregon St Dpt Admin Svcs C: 68608V-CE-2 | A | Interest | J | T | Buy | 11/26/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  VII, Line 4 -- Vanguard Wellesley Fund was reported in 2017 as a one-line combined fund held by two different brokerage firms. For 2018, the Wellesley Fund is separated into two lines (Lines 3 and 4) due to each having differnet RMD withdrawal dates.

2.  VII, Line 20 -- This is a "sweep" account in both my brokerage and IRA accounts in which money is held pending investment; money is constantly being put into and taken out of the account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan B. Gottschall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544